Argued May 24, affirmed May 24, petition for rehearing denied
June 14, petition for review denied July 31, 1973

STATE OF OREGON, *Respondent, v.* JOHNNIE
LEE LEWIS (No. C 72-09-2983 Cr),
*Appellant.*

510 P2d 359

*Robert C. Cannon,* Deputy Public Defender, Salem,
argued the cause for appellant. With him on the brief
was Gary D. Babcock, Public Defender, Salem.

*John H. Clough,* Assistant Attorney General, Sa-
lem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General, and
John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FORT and THORN-
TON, Judges.